UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.   2:21-mj-101 |
| | ) | |
| | ) | |
| ROBERT RENNER | ) | |

## NOTICE OF CONSENT TO CONTINUE

NOW COMES Robert "Mike" Renner, through counsel, and respectfully notices this Court that Mr. Renner is aware of his right to an initial appearance without unnecessary delay.

Mr. Renner was initially scheduled for an initial appearance today, October 18, 2021. Under the circumstances, he is consenting to hold the hearing by video at a later date (October 25, 2021 at 1 p.m.).

WHEREFORE, Mr. Renner respectfully requests that this Court take notice of his consent to hold his initial appearance hearing at a later date.

Dated at Burlington, Vermont this 18th day of October, 2021.

                Respectfully Submitted,

                By: */s/ Sara M. Puls*
                    Sara M. Puls
                    Assistant Federal Public Defender
                    Office of the Federal Public Defender
                    95 Pine Street, Suite 150
                    Burlington, VT 05401
                    Phone: 802-862-6990
                    Email: Sara_Puls@fd.org